IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

4:06 Cr 15 - RH/WCS

v.                                                  INDICTMENT

CAROLYN MARIN-COLEMAN
_____/

THE GRAND JURY CHARGES:

COUNT ONE

That on or about March 9, 2004, in the Northern District of Florida, the defendant,

**CAROLYN MARIN-COLEMAN,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election

held in part for the purpose of electing a candidate for the office of President of the United States,

in violation of Title 18, United States Code, Section 611.

COUNT TWO

That on or about March 10, 2004, in the Northern District of Florida, the defendant,

**CAROLYN MARIN-COLEMAN,**

did knowingly and willfully falsely represent herself to be a citizen of the United States, when in

truth and fact and as the defendant then well knew, was not a citizen of the United States, for the

purpose of registering to vote and voting in a Federal, State, and local election, in violation of

Title 18, United States Code, Section 1015(f).

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2006 APR 11 PM 5: 38

SCANNED/POSTED/RETURNED IN FLND

Date 4/12/06     By ____

FILED

## COUNT THREE

That on or about March 10, 2004, in the Northern District of Florida, the defendant,

### CAROLYN MARIN-COLEMAN,

did knowingly and willfully falsely represent herself to be a citizen of the United States, when in truth and fact and as the defendant well knew, was not a citizen of the United States, in violation of Title 18, United States Code, Section 911.

## COUNT FOUR

That on or about October 20, 2004, in the Northern District of Florida, the defendant,

### CAROLYN MARIN-COLEMAN,

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President of the United States, in violation of Title 18, United States Code, Section 611.

A TRUE BILL:

_____

GREGORY R. MILLER
United States Attorney

_____

WINIFRED L. ACOSTA NESMITH
Assistant United States Attorney

2