# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                    4.06cr15-RH/WCS

CAROLYN MARIN-COLEMAN
_____/

## ORDER FOR WARRANT

On verbal request of the United States Attorney, Northern District of Florida,

pursuant to an Indictment returned against the defendant,

### CAROLYN MARIN-COLEMAN

IT IS HEREBY ORDERED:

1.    Warrant of arrest shall immediately issue upon such indictment against the

defendant.

2.    Bail shall be determined by the Judicial Officer at the time of arrest in

accordance with the Bail Reform Act, and notation to such effect shall be

placed upon the warrant.

DONE and ORDERED this _11th_ day of _April_, 2006, at Tallahassee, Florida.

UNITED STATES MAGISTRATE JUDGE

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE. FLA.

2006 APR 11   PM 5: 36

FILED