**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

# 1146289

UNITED STATES OF AMERICA

VS                                                    CASE NO. 4:06cr15-RH/WCS

CAROLYN MARIN-COLEMAN,

**WARRANT FOR ARREST**

TO:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __CAROLYN MARIN-COLEMAN__
                                                  Name
and bring him or her forthwith to the nearest magistrate to answer an

**Indictment**

charging him or her with:

Voting in Presidential Election by Alien; Falsely Represent Self to be a US Citizen for the
Purpose of Registering to Vote; Did Falsely Represent Self to be a US Citizen;.

in violation of Title 18 United States Code, Section(s) 611, 1015(f), 911

William M. McCool                          Clerk of Court
Name of Issuing Officer                    Title of Issuing Officer

_Angela Maxwell_                           April 11, 2006     Tallahassee
Deputy Clerk: Angela Maxwell               Date and Location

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime    by  William C. Sherrill, Jr.
Control Act of 1984.                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Charlotte, NC |

| DATE RECEIVED 4/11/06 | NAME AND TITLE OF ARRESTING OFFICER Morty West Deputy US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/29/08 | | |

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2008 DEC -8 PM 1: 26



FILED