**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                        **CASE NO. 4:06cr15-RH**

**CAROLYN MARIN-COLEMAN,**                   **DOCKET NO. 4:08mj174-WCS**

     **Defendant.**

                              /

### ORDER OF TEMPORARY DETENTION

The Government has moved for the detention of this defendant pending trial. Defendant, represented by counsel, has requested a continuation of the detention hearing.

Accordingly, it is ORDERED that a detention hearing is set for Wednesday, December 10, 2008, beginning at 2:00 P.M., before the undersigned magistrate judge. Pending this hearing, the defendant shall be held in custody by the United States Marshal.  The United States Marshal is hereby directed to have the Defendant in the U.S. Courthouse on the above date.

**DONE AND ORDERED** on December 9, 2008.


                             S/ William C. Sherrill, Jr.
                             **WILLIAM C. SHERRILL, JR.**
                             **UNITED STATES MAGISTRATE JUDGE**