# United States District Court
## CRIMINAL MINUTES - Change of Plea

Case No.:   4:06cr15-RH            Date:   January 15, 2009
Time:    2:13 - 2:40 p.m.

DOCKET ENTRY: CHANGE OF PLEA:  Defendant pleads Guilty to Counts 1, 2, 3 of the
Indictment.  Sentencing is set for 2/19/2009 at 12:45 p.m. Defendant is to remain in custody.

PRESENT:    ROBERT L. HINKLE, CHIEF JUDGE

| Jill May | Cindy Wilson | Judy Nolton | Winifred Nesmith | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. US Attorney | Interpreter |

U. S. A. vs  (1)  CAROLYN MARIN-COLEMAN     Attorney: Bill Clark
✔ Present  ✔ Custody ___ O/R          ✔ Apptd. ___ Retained ✔ Present

Also appearing for Defendant:  Neil Rambana, Esq.

PROCEEDINGS:
_____ Waiver of indictment filed
_____ Information filed
✔ Defendant is ARRAIGNED and specifically advised of his / her rights.
✔ Defendant advised of minimum and maximum sentence.
✔ Written Plea Agreement
✔ Written Statement of Facts
✔ Adjudication withheld pending sentencing
_____ Defendant adjudicated guilty on Count(s)__
✔ Defendant states true name is     CAROLYN MARIN-COLEMAN
✔ Court questions Defendant regarding his physical and mental condition, and advises Defendant of
     the nature and possible consequences of said plea
✔ Defendant PLEADS  ✔  GUILTY to Count(s) 1, 2, 3
                                 _____ NOT GUILTY to Count(s) _____
✔ Referred to Probation Officer for Pre-Sentencing Report
✔ Sentencing set for: 2/19/09 at 12:45 p.m.

CLERK INITIALS: jwm