IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

Case Number: *4:06cr15-RH*

vs.

CAROLYN MARIN-COLEMAN
_____/

## STATEMENT OF FACTS

Concerning the Plea Agreement entered into by the defendant in this case, the Government's Factual Basis for Counts One, Two, and Three, is as follows:

The investigation was initiated after **MARIN-COLEMAN** appeared on or about January 12, 2006, at the Immigration office in Jacksonville, Florida for an interview with immigration adjudication officials. During the interview, **MARIN-COLEMAN,** admitted she was a citizen and national of the United Kingdom and had entered the United States on or about June 19, 1989, ~~MARIN-COLEMAN~~ without inspection. **MARIN-COLEMAN** admitted she had obtained a fraudulent U.S. birth certificate through friends which allowed her to obtain a legitimate U.S. social security number. **MARIN-COLEMAN** admitted she then used the fraudulently obtained social security number to gain employment in the United States. **MARIN-COLEMAN** also presented a valid Leon County voter registration card.

On or about August 20, 2004, **MARIN-COLEMAN** filed an Immigration Form I-485, an application to change **MARIN-COLEMAN's** status as an illegal alien to a Permanent Resident, using the fraudulently obtained social security number. After an appeal of the initial denial of the change of status, the interview was conducted on January 12, 2006.

FILED IN OPEN COURT ON

1/15/09    *[signature]*

United States District Court
Northern District of Florida

Further investigation revealed that **MARIN-COLEMAN** registered to vote in Leon County, Florida on or about December 17, 1999.   The voter registration requested acknowledgment of U.S. citizenship in two different locations.   The form clearly states, if you answer in the negative, you cannot register to vote.   **MARIN-COLEMAN** also used the fraudulently obtained social security number on the registration form.

Voter records further indicate that on March 10, 2004, **MARIN-COLEMAN** executed a change of address voter registration form in Leon County in which she again claimed to be a United States citizen.   **MARIN-COLEMAN** further stated her place of birth was the "USA." The records also show that from March 14, 2000 through November 2, 2004, **MARIN-COLEMAN** voted in state and federal elections approximately ten times.   Specifically, on or about March 9, 2004, **MARIN-COLEMAN** voted in the national primary presidential election in Leon County, Florida.   Also, on or about October 30, 2004, **MARIN-COLEMAN** early voted in the 2004 national general presidential election.   A handwriting analysis of the signed documents pertaining to the registration and elections confirmed that **MARIN-COLEMAN** signed the documents.

A check with the Florida Division of Motor Vehicles and Highway Safety also reflect that **MARIN-COLEMAN** filed driver license applications with the State of Florida claiming to be a United States citizen.

Respectfully submitted on this _15th_ day of _January_ , 200__9__.

THOMAS F. KIRWIN
Acting United States Attorney

Winifred L. Acosta-NeSmith
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 0076333

The Defendant, hereby signs the Statement of Facts with the understanding that although she may not agree to every fact alleged, the Government can prove every element of the charges beyond and to the exclusion of a reasonable doubt. Defendant may present her own version of the facts supporting her pleas of guilty and satisfying the Government's burden of proof.

William R. Clark, Jr., Esq.
Counsel for Defendant

1/15/2009
Date

**CAROLYN MARIN-COLEMAN**

1.15.09
Date