**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                                **CASE NO. 4:06cr15-RH**

**CAROLYN MARIN-COLEMAN ,**
                **Defendant.**
                                                    /

### DEFENDANT'S MOTION TO SET ASIDE HER PLEA OF GUILTY TO COUNT 3 OF THE INDICTMENT

CAROLYN MARIN-COLEMAN , Defendant, files this Motion, requesting that her plea of "guilty" to Count 3 of the Indictment, which was made to this Court January 15, 2009, be set aside.

Mrs. Coleman, who is not a citizen of the United States, was charged in a 4 count Indictment with voting in an election on March 9, 2004, in violation of 18 United States Code 611; with making a false representation that she was a citizen of the United States on March 10, 2004, for the purpose of registering to vote, in violation of 18 United States Code 1015(f); with falsely representing she was a citizen of the United States on March 10, 2004, in violation of 18 United States Code 911; and with voting in an election on October 20, 2004, in violation of 18 United States Code 611.

PDF created with pdfFactory trial version www.pdffactory.com

The Plea Agreement she entered into had her plead guilty to counts 1, 2, and 3, and having the government move to dismiss count 4. Sentencing is scheduled for February 19, 2009.

Title 18, United States Code 911 states that "whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both." Title 18 United States Code 1015(f) makes it a crime to "knowingly make any false statement or claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election (including an initiative, recall, or referendum)." The penalty is to be fined or imprisoned not more than five years, or both.

Count 3 does not have an additional element, not already contained in count 2. Count 2, however, has the elements of count 3, as well as the additional requirement the statement be made for the purpose of voting in any Federal, State, or local election.

Assistant United States Attorney, Winifred Acosta Nesmith, advises she does not object to setting aside Defendant's plea of guilty to count 3.

WHEREFORE, Defendant, CAROLYN MARIN-COLEMAN , respectfully requests this Honorable Court set aside her plea of guilty to count 3.

> Respectfully submitted,
> Randolph P. Murrell
> Federal Public Defender
>
> ## William R. Clark Jr.
>
> William R. Clark Jr.
> Florida Bar No. 0592897
> Assistant Federal Public Defender
> 227 N. Bronough Street, Suite 4200
> Tallahassee, Florida 32301
> (850) 942-8818

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

electronic delivery to the Office of the Assistant United States Attorney, Ms. Winifred Acosta

Nesmith, 111 N. Adams St., 4th Floor, Tallahassee, FL 32301 this January 29, 2009.

William R. Clark Jr.

William R. Clark Jr.

PDF created with pdfFactory trial version www.pdffactory.com